IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BYRON L. SIMMONS

    Petitioner,

v.                                        CASE NO.3:12-cv-358-MW/CJK

ALAN PIPPIN,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 17, filed March 27, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "The Respondent's Motion to Dismiss is **GRANTED;** the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** for Petitioner's failure to exhaust and procedural default of all claims raised in the petition; and a certificate of appealability is **DENIED**."

The Clerk shall close the file.

SO ORDERED on April 16, 2013.

                                                        s/Mark E. Walker         
                                                        United States District Judge